```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11536
   HELEN C GALIARDO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5759


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/07/2008 and was confirmed 07/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/23/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO BANK NA       CURRENT MORTG         .00           .00            .00
WELLS FARGO BANK NA       MORTGAGE ARRE         .00           .00            .00
AMERICAN EAGLE/MCCBG/GEM  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1549.91           .00            .00
GEMB/SAMS CLUB            UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          613.36           .00            .00
GEMB/WALMART              UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY        UNSECURED          188.75           .00            .00
SEARS/CBSD                UNSECURED       NOT FILED           .00            .00
TARGET                    UNSECURED       NOT FILED           .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         8279.23           .00            .00
CHAD M HAYWARD            DEBTOR ATTY      2,851.00                     2,797.93
TOM VAUGHN                TRUSTEE                                         237.71
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               3,035.64

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                              2,797.93
TRUSTEE COMPENSATION                          237.71
DEBTOR REFUND                                   .00
                      --------------      --------------
TOTALS                3,035.64              3,035.64


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11536 HELEN C GALIARDO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 11536 HELEN C GALIARDO